**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

United States Courts
Southern District of Texas
F I L E D

MAY 1 6 2025

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| MICHEAL SMITH, Individually and for others similarly situated, PLAINTIFF(s) | § | |
| | § | CIVIL ACTION NO. 4:25-CV-44 |
| VS. | § | |
| | § | |
| ST.AGNES HEALTHCARE PROFESSIONALS, INC DEFENDANT | § | |

## DEFENDANT'S ORIGINAL ANSWER

Aniefiok Usoro, on behalf of St. Agnes healthcare professionals, Inc., Defendant herein, files this its Original Answer and in support thereof would show the Court the following:

### General Denial

1. Defendant denies each and every allegation in Plaintiff's Original Complaint.

2.The defendant lacks knowledge of facts and, allegations contained in all of Plaintiff's complaints.

### Affirmative Defenses

1. LACK OF STANDING: Plaintiff lacks standing to bring this action against Defendant. The plaintiff has failed to demonstrate that they have suffered a concrete and particularized injury that is fairly traceable to Defendant sued in this cause.

2. IMPROPER PARTY: Defendant is an improper party to this action and has no liability to Plaintiff for claim alleged. Never at any point in time has the Plaintiff been an employee of the Defendant.

WHEREFORE, Defendant prays that this Court:

— 1 —
Original Answer [and Counterclaim]

1. Dismiss Plaintiff's complaint with prejudice for lack of standing, and improper party.

2. Enter judgment in favor of the Defendant and against plaintiff.

3. Award Defendant costs and attorney fees, if applicable.

4. Grant such other and further relief as this court deems just and proper.

Respectfully submitted,

/s/ Aniefiok Usoro
Aniefiok Usoro
St. Agnes Healthcare Professional, Inc
P.O.BOX 2269
STAFFORD, TX 77497
Cell Phone: (832) 419-1152
Usoro_a@yahoo.com

## VERIFICATION

**STATE OF TEXAS**                          §

**COUNTY OF FORT BEND**              §

BEFORE ME, THE UNDERSIGNED AUTHORITY, on this day personally appeared the person known by me to be Aniefiok Usoro who, after being duly sworn by me, testified as follows:

"My name is Aniefiok Usoro, I am over 18 years of age, and I am competent to testify to these matters. I have personal knowledge of all facts stated in the above Original Answer and all such facts are true and correct."

_____
Aniefiok Usoro, Affiant

SUBSCRIBED AND SWORN TO before me on  May 14, 2025 .

_____
Notary Public

VERONICA MARISCAL
Notary Public, State of Texas
Comm. Expires 04-16-2028
Notary ID 11933731

— 2 —
Original Answer [and Counterclaim]

## Certificate of Service

I certify that a true copy of this document was served in accordance with Rule 21a of the Texas Rules of Civil Procedure on May 14, 2025.

/s/ Aniefiok  Usoro
Aniefiok  Usoro
St. Agnes healthcare Professionals, Inc
Defendant

Original Answer [and Counterclaim]